## PRUETT v. STATE.

### No. 20893.

Court of Criminal Appeals of Texas.

March 6, 1940.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while appellant was intoxicated. Punishment assessed is a fine of fifty dollars and five days in jail.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.